# Beverly J. Anarumo, D.O., FACOP

B. J. ANARUMO, D.O., P.A.

PEDIATRICS

18308 Murdock Circle, Unit 103

Port Charlotte, FL 33948-1025

941/629-3618 - FAX 941/629-9809

Mr. Dillon C. Delaney-Gennett

19505 Quesada Avenue, Unit VV 102

Port Charlotte FL 33948

## REQUEST FOR REASONABLE DISABILITY ACCOMMODATIONS

Patient - L███ J███         Date of Birth: ███ 2015

August 12, 2021

To Whom It May Concern:

The above referenced individual, J███ L███, is an established patient in my Pediatrics practice. I am Board Certified in Pediatrics. I have been located in Port Charlotte FL for over 20 years. I have been asked to provide additional information regarding J███'s disability related to the need to live with his dog as an emotional support animal. This young man, J███, suffers from mental impairments that substantially limits his major life activities including sleeping, concentrating and learning. Additionally, I am a Fellow, in good standing, with the American College of Osteopathic Pediatricians.

J███ has an emotional support that provides him affection, companionship, and unconditional love, and furthermore, has an overwhelming calming influence. The therapeutic benefits of living with companion animals are very well documented in medical journals. It is my professional medical opinion that J███ needs to have his dog *in residence* for emotional support to help ameliorate the symptoms of disability.

If there are any questions or concerns, then please contact my office. Lastly - Thank you, in advance, for accommodating my patient's needs.

Sincerely,

B. J. ANARUMO, D.O., P.A.

*Beverly J Anarumo DO*

Beverly J. Anarumo, D.O., FACOP

**EXHIBIT 1**