## Oaks IV Condominium Association, Inc.

## Application for Keeping of Emotional Support/Companion Animal or Service Animal as an Accommodation for Resident's Disability

Date: _____

Resident's Property Address in Oaks IV:
_____

Resident's Alternate Address if Applicable:
_____

Applicant/Resident with Disability:
_____

**Name**                       **Date of Birth**                       **Age**

**Note:** Applicant must be registered, approved and bona fide resident of Oaks IV

Check one: This is an application for:
☐ Emotional Support/ Companion Animal or ☐ Service Animal
(Note: This Application is for only one animal)

Animal is identified/described as follows:

Species: (Circle one)      Dog   Cat   Other: _____ **(If other, please identify)**
Breed: _____   Color: _____   Size: _____ Weight: _____
                                                        (Height/length)

Fully grown? (Circle one) Yes or No
If not presently fully grown, state anticipated size and weight when fully grown:
Size :_____(height/length) Weight: _____ (Approximate)

A photo of the animal must be attached to this application.

Pursuant to the Fair Housing Act, Applicant agrees to reside in Oaks IV Condominium Association, Inc. with said Emotional Support/Companion Animal or Service Animal, as an accommodation for a disability, until residency or the disability ceases for any reason.

The Board of Directors requires that the Resident prove there is a genuine need for the keeping of an Emotional Support/ Companion Animal or Service Animal. The Resident's attending physician or other qualified health care professional must offer such proof in writing in the form described below. Continuing need for the Emotional Support/ Companion Animal or Service Animal may require by periodic (annual) written updates of the Resident's physician's/ qualified medical professional's statement. Upon the demise or relocation of the occupant, the Emotional Support/ Companion Animal or Service Animal must be removed from the premises within (15) days. Upon demise of the Animal, any replacement support animal must be approved and a new application and health care professional's statement submitted.

This application must be accompanied by the completed <u>Oaks IV Medical Release and Request for Information Related to Patient's Request for Reasonable Accommodation form</u>, or other writing that contains all information requested on that form. The information/form must be completed, signed and dated by the attending physician or other health care professional. No application for an Emotional Support/ Companion Animal or a Service Animal will be considered without all such information being supplied by the requestor and his/her health care provider.

By signing this application, Applicant hereby acknowledges the receipt of, and agrees to abide by the terms of the Oaks IV Rules and Regulations, in particular Rule IX, Sections A-E, and any other reasonable animal policies properly promulgated by the Board of Director. A copy of the Rules and Regulations was previously provided to the resident. In addition, the Board of Directors requires applicant provide proof of pet vaccination and insurance with this application.

_____
Signature of Applicant

Print Name: _____
Date: _____

For office use only:

Received on _____
Received by: _____
Photo of Animal attached: ___Yes ___No
Vaccination verification received: ___ Yes ___ No
Insurance verification received: ___ Yes ___ No
Application complete: ___ Yes ___ No
If application not complete, what information is missing: _____