## Oaks IV Condominium Association, Inc.

### Medical Release and Request for Information
### Related to Patient's Request for Reasonable Accommodation

I,_____, intend to request that my Oaks IV Board of Directors provide the following accommodation to ameliorate the effects of my disability. Outline requested accommodation here:
_____
_____
_____

This Authorizes you to release the information requested below. Information obtained under this release is limited to information that is no older than 12 months.

_____                    _____
Date                                       Resident


Definition of Disabled

Under federal and state law, an individual is disabled if he/she has a physical or mental impairment that substantially limits one or more major life activities.

The term "physical or mental impairment" includes (1) any physiological disorder or condition, cosmetic disfigurement or anatomical loss affecting one or more of the following body systems: neurological; musculoskeletal; special sense organs; respiratory, including speech organs; cardiovascular; reproductive; digestive; genito-urinary; hemic and lymphatic; skin; and endocrine; or (2) any mental or psychological disorder, such as mental retardation, organic brain syndrome, emotional or mental illness, and specific learning disabilities. The term "physical or mental impairment" includes, but is not limited to, such diseases and conditions as orthopedic, visual, speech and hearing impairments, cerebral palsy, autism, epilepsy, muscular dystrophy, multiple sclerosis, cancer, heart disease, diabetes, Human Immunodeficiency Virus infection, mental retardation, emotional illness, drug addiction (other than addiction caused by current, illegal use of control substance) and alcoholism.

"Major life activities" means functions such as caring for one 's self, performing manual tasks, walking, seeing, hearing, speaking, breathing, learning and working. 24 CFR 100.201

_____
Name and Title of Person Supplying the Information

_____
Firm/Organization

1. How long have you treated the above named person (Resident)? _____

2. Is the Resident disabled as defined above?     _____ Yes        _____ No

3. What major life activities does the physical/mental impairment substantially limit the individual from participating in?



4. If the Resident is an individual with a disability, in your professional opinion, will the requested accommodation ameliorate the effects of the disability?      ___ Yes    ___No

5. If the Resident is an individual with a disability and is requesting an accommodation to keep a service animal or emotional support animal, in your professional opinion, is the keeping of a service animal or emotional support animal necessary in order for the Resident to have the same opportunity that a nondisabled individual has to use and enjoy the premises? ___ Yes     ___ No

6. In what way does the service animal/emotional support animal's assistance ameliorate the effects of the disability?



7. What tasks, work or services, if any, has the service animal or emotional support animal been trained to perform?



8. Is the disability and need for the accommodation temporary? ____ Yes     ____ No
If yes, what is the estimated length of need for the service/emotional support animal?

9. Are you willing to testify in court as to your opinions stated herein? ___ Yes ___ No

Signature _____ Date:_____

Print Name_____ License # _____