

# Marcy I. LaHart PA

249 SE Tuscawilla Road
Micanopy, FL 32667
352/545-7001
Fax: 888-400-1461
marcy@floridaanimallawyer.com

September 24, 2021

RE: Request for Accommodation for J L

Board of Directors, The Oaks IV Condominium Association
c/o Star Hospitality Management
26530 Mallard Way
Punta Gorda, FL 33950

To whom it may concern:

On behalf of J L, who resides at 19505 Quesada Ave, Unit VV 102, Port Charlotte, FL 33948, I request that Oaks IV Condominium Inc. waive any restriction that would prevent him from living with his dog for emotional support. As verification of my client's disability related need for an accommodation I am providing a letter from his Pediatrician Beverly Anarumo. Her letter attests that J L has a disability and explains how living with his dog assists him with his disability. Accordingly, Oaks IV Condominium Inc. has been provided with the information to which a housing provider is entitled when considering a request for accommodation of an emotional support animal.

I note that the Oaks IV Condominium Inc.'s "Medical Release and Request for Information Related to Patient's Request for Reasonable Accommodation" form seek extraneous information, which is illegal. The willingness of a disabled resident's health care provider to testify in court is wholly irrelevant to whether he or she is entitled to a reasonable accommodation. Questions regarding willingness to testify and the requirement for notarization have been interpreted by the Department of Housing and Urban Development as an attempt at intimidation. I strongly encourage you to amend the form to omit that question.

Given that Pediatrician Beverly Anarumo's letter provides the legally required information to document the need for an emotional support animal, my client will not be providing the "Medical Release and Request for Information Related to Patient's Request for Reasonable Accommodation" form. Nonetheless, I look forward to prompt confirmation that J L's need to reside

with his emotional support animal will be accommodated for as long as he is a resident of Oaks IV Condominium Inc.

Very truly yours,

*/s/ Marcy LaHart*
Marcy I LaHart, Esq.