Oaks IV Condominium Association, Inc.
19505 Quesada Avenue
Port Charlotte, FL 33948
941-743-3388 ~ Fax: 941-743-8033

September 29th, 2021

Marcy I. LaHart PA
249 SE Tuscawilla Road
Micanopy, FL 32667

RE: J███ L███████ – VV102

To whom it may concern:

I am writing on behalf of the Board of Directors for the Oaks IV Condominium Association.

We have received your letter via fax in reference to J███ L███████ who resides at the Oaks IV Condominium Association at 19505 Quesada Ave Unit VV102, Port Charlotte, FL.

Mr. L███████ has not been approved nor denied his ESA. We are still waiting for him to turn in the documents requested in reference to this animal's information like vaccinations, photo, and insurance, along with the Application for Keeping of Emotional/Companion Animal or Service Animal as an Accommodation for Resident's Disability and Service Animal and Companion Animal Policy. (Please see attached.)
Not entirely sure why we are receiving this letter from you as the application form clearly states that the mentioned application must be accompanied by the completed Oaks IV Medical Release and Request for Information Related to Patient's Request for Reasonable Accommodation Form **or other writing that contains all information requested on that form.** Please advise.

In regard to the legality of our "Medical Release and Request for Information Related to Patient's Request for Reasonable Accommodation" we will have it revised with the association's attorney.

Thank you.

Sincerely,

Yaritza M Cruz
CAM
For the Board
ymcruzstarhospitality@gmail.com

**EXHIBIT 5**