# Oaks IV Condominium Association, Inc.

## Service Animal and Companion Animal Policy

Oaks IV Condominium Association, Inc. governing Rules and Regulations put certain limits on pet ownership in the Oaks IV community. The following Service Animal and Companion Animal Policy is for all service animals, companion animals, or emotional support animals that are admitted to Oaks IV as an accommodation to a disability. Service animals, companion animals, emotional support animals, or other verified accommodation animals, whether credentialed, trained, certified or not, will hereafter be referred to simply for ease of drafting, as "Certified Animals".

1. All persons seeking approval of a Certified Animal must complete an Oaks IV Condominium Association, Inc. APPLICATION FOR KEEPING OF EMOTIONAL SUPPORT/COMPANION ANIMAL OR SERVICE ANIMAL AS AN ACCOMMODATION FOR RESIDENT'S DISABILITY from and be <u>approved</u>.

2. At the time of application or at the time of obtaining the animal if after application, the animal owner must show:
    a. Verification from a health care provider of the necessity for a Certified Animal to accommodate a bona fide disability, pursuant to federal and state Fair Housing Acts. Forms for this purpose are available from Oaks IV Office or the requestor may use their own form.
    b. Proof that the animal is up to date on all required shots and vaccinations.
    c. Proof of all applicable licenses according to any county or city ordinances.
3. If approved:
    a. The Certified Animal shall be kept by the owner for the disability accommodation need as verified by the health care professional, and not for breeding or other commercial use or other purpose.

1

b. Owner shall be required to annually present to the Board of Directors competent written evidence of the continuing disability accommodation necessary for said written evidence of continuing necessity and vaccinations, upon termination of owner's residency, the animal shall be vacated from the property within seven (7) days.

c. The Certified Animal shall not become a nuisance or health hazard to Oaks IV or any member, owner, resident, tenant, visitor, invitee, guest, licensee or staff member. The Board of Directors has the discretion to determine if a Certified Animal is a nuisance or health hazard. Nuisance may include, but not limited to, aggressive behavior, constant barking, or vermin/flea/tick infestation.

d. The Certified Animal shall not be heard to bark, whine or cry for extended periods of time.

e. The Certified Animal shall not be aggressive, attack or bite any person or other animal in Oaks IV.

f. The Certified Animal shall not disturb or destroy the common areas and common elements of Oaks IV.

g. The Certified Animal owner and the unit owner if not one and the same, shall be liable and responsible for any and all harm or damage caused by the Certified Animal, and shall indemnify and hold harmless the Oaks IV Condominium Association, Inc. for such harm.

h. The Certified Animal shall reside with the Certified Animal owner in the owner's unit. The owner shall not abandon the Certified Animal. Abandonment shall be determined by the Board of Directors in such cases where the owner has separated him/herself from the Certified Animal for such a long period of time as to call into question the disability accommodation.

i. The Certified Animal is allowed in other units only when the disabled person is also present.

2

j.  The Certified Animal shall be kept on a leash of no more than six (6) feet at all times when outside owner's unit but within the common property. If the Certified Animal is handheld, a leash must still be attached to the animal with the other end held by the owner.

k.  No Certified Animal shall be left outside unattended.

l.  The Certified Animal's feces shall always be promptly picked up by the owner or by such other person in control of the Certified Animal at the time, and placed in a sealed bag and disposed of in an appropriate garbage receptacle belonging to owner.

m.  The Certified Animal shall be allowed on Oaks IV recreational or other common area property or facilities if necessary as part of the approved disability accommodation, but the Certified Animal must be maintained on a leash and shall not harass or injure others in the common areas. If the Certified Animal is hand held, a leash must be attached to the animal with the other end held by the owner.

n.  If the owner of the Certified Animal vacates the unit, that owner shall either take the Certified Animal with him/her or relocate the Certified Animal away from the Oaks IV premises.

o.  Owner shall observe all applicable laws and ordinances concerning the care and control of the Certified Animal.

p.  Certification is for the specific approved animal only. If the Certified Animal dies or is removed, the owner must re-apply to the Board of Directors for another Certified Animal as outlined herein.

Adopted by the Association Board of Directors on this (date)
\_\_\_ of _____, 20\_\_\_\_\_ at a duly noticed meeting of
the Board of Directors of the Oaks IV Condominium Assoc.

_____
Secretary                                                    3