UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

J.L., a minor, by and through his
mother and next friend MIRANDA
R. DELANEY-GENNETT, and
MIRANDA R. DELANEY-GENNETT,     CASE NO. 21-cv-800-SPC-MRM
individually,

                Plaintiffs,

vs.

OAK IV CONDOMINIUM ASSOCIATION,
INC. and DOUGLAS B. FOSTER,

                Defendants.
_____/

## JOINT NOTICE OF SETTLEMENT

The Parties have reached a settlement without formal Mediation. Settlement documents are being prepared. It is anticipated that the Parties will file a *Joint Motion for Dismissal* and proposed *Order* within the next 30 days, if not sooner.

| *Counsel for Plaintiff* | *Counsel for Plaintiff* | *Counsel for Defendants* |
|---|---|---|
| MARCY I. LAHART, P.A. | VENZA LAW, PLLC | KAUFMAN DOLOWICH & VOLUCK |
| s/ *Marcy LaHart* | s/ *Denese Venza* | s/ *Maritza J. Gomez* |
| Marcy I. LaHart, Esq. | Denese Venza, Esq. | Maritza I. Gomez, Esq. |
| 207 SE Tuscawilla Road | 931 Village Blvd, #905-322 | 100 SE 3rd Avenue, Ste. 1500 |
| Micanopy, FL 32667 | West Palm Beach, FL 33409 | Fort Lauderdale, FL 33301 |
| (352) 545-7001 | (561) 596-6329 | (954) 712-7442 |
| marcy@floridaanimallawyer.com | dvenza@venzalawpllc.com | mgomezl@kdvlegal.com |
| Florida Bar No. 0967009 | Florida Bar No. 0599220 | Florida Bar No. 1010306 |
| | | Estefania Negrette, Esq. |
| | | enegrette@kdvlaw.com |
| | | Florida Bar No. 1007696 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th of December 2021, a true copy of the foregoing was filed with CM/ECF portal which will transmit copies to all counsel of record.

BY: s/ *Kevin Yombor*
Florida Bar No. 111827